Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


ELIZABETH ALICEA, MICHELLE URRUTIA, )
KATINA RAMOS, and JACK ARTINIAN,     )
Individually and on behalf of all    )
others similarly situated,           )
                                     )
                 Plaintiffs,         )
                                     )
       -vs-                          )  18 CV 05381
                                     )
COUNTY OF COOK, and THOMAS J. DART,  )
in his official capacity as          )
Sheriff of Cook County,              )
                                     )
                 Defendants.         )


        The discovery deposition of Rule 30(b)(6)

Witness EDWARD SAJDAK, taken pursuant to the provisions

of the Code of Civil Procedure and the Supreme Court

Rules of the State of Illinois pertaining to the taking

of depositions for the purpose of discovery, taken before

DEANNA L. TUFANO, Certified Shorthand Reporter of the

State of Illinois, at 77 West Washington Street, Suite

1220, on March 13, 2019, at 2:12 p.m.

Reported for:

MAGNA LEGAL SERVICES

(866) 624-6221

www.magnals.com, by:

Deanna L. Tufano, C.S.R.



EXHIBIT 5

Page 2

```
 1   A P P E A R A N C E S :
 2   ZIMMERMAN LAW OFFICES, P.C.
     MR. THOMAS A ZIMMERMAN, JR.
 3   MR. NICKOLAS J. HAGMAN
     77 West Washington Street, Suite 1220
 4   Chicago, IL  60602
     (312) 440-0020
 5   tom@attorneyzim.com
 6      on behalf of Plaintiffs;
 7
     REITER BURNS, LLP
 8   MS. ELIZABETH A. EKL
     MR. DANIEL J. BURNS
 9   311 S. Wacker Drive, Suite 5200
     Chicago, IL  60606
10   (312) 878-1297
     Eekl@reiterburns.com
11
        on behalf of Defendants.
12
13
     REPORTED BY:  DEANNA L. TUFANO, CSR
14            LICENSE NO. 084-003819
15
     ALSO PRESENT:  Lieutenant Donald Milazzo
16            Superintendent Cervantes
              Superintendent Antwann Boyd
17
18
19
20
21
22
23
24
```

Page 3

```
 1               I N D E X
 2
     WITNESS                    PAGE
 3
     EDWARD SAJDAK
 4
        Examination by Mr. Zimmerman .............  4
 5
        Examination by Ms. Ekl ..................  92
 6
 7            E X H I B I T S
 8                     MARKED
     NUMBER
 9
        Exhibit No. 5 ...........................  10
10
11   Previously marked Exhibit Nos. 1, 2, and 4 were referred
     to.
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1              (Witness sworn.)
 2              EDWARD SAJDAK,
 3   called as a witness herein on behalf of the Plaintiff,
 4   having been first duly sworn, was examined and testified
 5   as follows:
 6              EXAMINATION
 7   BY MR. ZIMMERMAN:
 8      Q   Okay.  Would you please state your name and spell
 9   it for the record.
10      A   Edward Sajdak, E-D-W-A-R-D, S-A-J-D-A-K.
11      Q   This is the deposition of Edward Sajdak taken
12   pursuant to notice and set to today's date by agreement
13   of the parties.
14         Do you have an official title, sir?
15      A   Superintendent.
16      Q   Can I call you Superintendent Sajdak?
17      A   Yes.
18      Q   Are you currently employed?
19      A   Yes.
20      Q   By whom?
21      A   Cook County Sheriff's Office.
22      Q   Have you given a deposition before?
23      A   Yes.
24      Q   All right.  So if there's a question you don't
```

Page 5

```
 1   understand, let me know.  I'll be happy to rephrase it or
 2   reask it.  If you answer a question, I'll assume you've
 3   heard and understood it, fair enough?
 4      A   Yes.
 5      Q   And just like in the last deposition, if there's
 6   something you need to go back and correct, please do that
 7   and we'll keep moving?
 8      A   Yes.
 9      Q   Where are you the superintendent at?
10      A   Leighton Criminal Courthouse.
11      Q   Is that 26th and California?
12      A   Yes.
13      Q   And generally, what your job duties as
14   superintendent there?
15      A   I supervise the sheriff's staff who are charged
16   with staffing the courthouse and the court operations
17   from the sheriffs and in the courthouse, that would
18   include not just attending to the courts, but court
19   security for the building, the entryways, and prisoner
20   security as well.
21      Q   And how long have you been superintendent there?
22      A   Almost two years.
23      Q   And prior to that, what was your position?
24      A   I was the superintendent of the Daley Center
```



Page 6

1    Courts.
2        Q  Approximately what period of time was that?
3        A  I was there for about five and a half years.
4        Q  So we have a dep notice, Exhibit No. 1.  It's a
5    master set of exhibits and it asks the Defendants to
6    designate a person most knowledgeable to testify
7    concerning five topics.  Are you that person who's been
8    designated to testify as to these five topics as it
9    relates to the Leighton Courthouse?
10       A  Five, yes; four, yes; three, yes; two, possibly
11   placed, yes; one, I could not be 100 percent certain of.
12       Q  All right.  So what did you do to gather the
13   knowledge and information in order to testify as to the
14   knowledge of the County of Cook and the Sheriff of Cook
15   County as to these topics?
16       A  I reviewed the photographs of the holding cells
17   to confirm accuracy as identified, and I also looked at
18   the court minutes sheet relating to specific defendants.
19       Q  Would that be for the four plaintiffs in the
20   case?
21       A  I have two.  I have Jack Artinian and Michelle
22   Urrutia?
23       Q  Okay.  So if somebody were brought into Leighton
24   Branch 1 Room 100 for booking, would that show up on the

Page 7

1    printouts that you reviewed?
2        MS. EKL:  Objection.  Form.  Go ahead.
3    BY THE WITNESS:
4        A  We don't have booking there.  That's bond court.
5    That's a courtroom.
6        Q  If somebody were brought to Branch 1 Room 100 for
7    bond court, would that show up on the printouts that you
8    reviewed?
9        A  I do not believe so.
10       Q  Would that show up on a different printout
11   somewhere else?
12       A  Yes.  This seems to indicate someone who's been
13   in court already and a future court date.
14       Q  I see.  So what system is there within the
15   sheriff's office or the court systems that you're able to
16   access that would indicate whether somebody was brought
17   to bond court Branch 1 Room 100?
18       A  That would come from a document generated by the
19   Department of Corrections receiving room who receives all
20   the prisoners from the Chicago Police Department for bond
21   court.
22       Q  And did you review those documents in preparation
23   for your deposition?
24       A  I did not.

Page 8

1        Q  Would that document also show if the person
2    bonded out that same day that they were brought in?
3        A  It would not.
4        Q  Is there some system or report or database that
5    would show that?
6        A  There would be a report generated on those.  If
7    it was someone with who received an I bond who is being
8    released from bond court, they with would be listed as
9    releases by the DOC staff.  If they were bonded out, it
10   would have to go through the clerk's office, so that
11   would be clerk's database to verify money was posted and
12   they were released.
13       Q  I see.  And how would the I bond be recorded in
14   the system, would it just say released?
15       A  The Department of Corrections would have a form,
16   yes, based on the paperwork generated in the court that
17   would indicate that individual received an I bond to
18   be released and had no additional holds that would
19   prevent them from being released.
20       Q  And is that a system that you have access to?
21       A  I do not access the system, no.  If it is
22   electronic in nature, I did not access that know because
23   the releases are conducted by the Department of
24   Corrections.

Page 9

1        Q  Got it.  All right.  Did you talk to anybody to
2    gather the information or the subject of the topics in
3    the dep notice?
4        A  No.  Other than going through this information
5    yesterday.
6        Q  Okay.  So other than reviewing the documents you
7    mentioned and reviewing them, did you do anything else to
8    try to gather the information that you're going to be
9    testifying about today pursuant to the dep notice?
10       A  No.
11       Q  All right.  You didn't perform any searches of
12   anything in terms of like a computer search or a record
13   search?
14       A  No.
15       Q  So somebody gave you the documents then to
16   review?
17       A  The documents that you're referring to?
18       Q  The photos and the court minute sheet.
19       A  Yes, correct.
20       Q  All right.  If there is a faster way to do this
21   then what happened in the last deposition, I am all ears.
22   So I don't know if you had this thing grouped in a
23   certain way that would make sense.
24       A  The photographs that I have here, whatever it is,



**Page 10**

1 I am assuming you have the same exact copy of whatever it
2 is.
3     Q  Yes.
4     A  The vast majority of them except the first few at
5 the first floor whatever are labeled by courtroom, so
6 they identify exactly where they are located in the
7 building.  The first floor is not specific.  The basement
8 is not specific.  Everything else is broken down by
9 location of courtroom.
10     Q  All right.  We haven't marked these yet.
11     THE COURT REPORTER:  These would be Exhibit No. 5,
12 Counsel.
13              (Exhibit No. 5 was marked
14                  as requested.)
15 BY MR. ZIMMERMAN:
16     Q  You can look at whatever is convenient for you.
17 If you've got notes on yours, that will help you, by all
18 means have at it.
19     A  Okay.
20     Q  So let's start with the top one.  We can
21 reference these as what they're called as opposed to that
22 CCB-CAM number because I don't think there's any
23 duplicates?
24     A  There is not.

**Page 11**

1     Q  So that will make it easy.  So we have got
2 Basement, Room B110 west end of building.  What is that
3 photo showing?
4     A  The first ten photos in this packets are actually
5 the upper bridge, which is the basement holding facility
6 that is run by the Department of Corrections.  This is
7 the area in which when prisoners are brought to court
8 from the jail, they're brought to these holding cells and
9 then taken from this area up to the individual
10 courtrooms.  And just like with the first photo in the
11 upper, right-hand corner of the photo there's a number.
12 The cells are numbered on the upper bridge, 4 through 8,
13 I believe, is the last number, which I don't think you
14 can see clearly.  There's no number listed on that
15 picture.  Those are on the upper bridge.  Those are male
16 holding facilities with the Department of Corrections.
17         Then behind that, you have two more photos,
18 which I believe these are the photos that represent the
19 female holding cells on the bridge with the Department of
20 Corrections.
21     Q  Okay.
22     A  And finally after, that you've got Basement, B105
23 west side of building, there's 3 photos of one large
24 cell.  That's what was called the lower bridge.  You can

**Page 12**

1 see the stairs coming down there on the left-hand side
2 that's coming down from 4, 5, 6, 7, 8, and that is a
3 holding cell that is used by the Department of
4 Corrections.  When they come back from court, they're
5 placed there based on division, and then once they have
6 them all down they'll take them out of there, and they
7 will walk them directly at the top part of your
8 photograph there, you'll see a cart that's there at least
9 on.
10     Q  B105?
11     A  Yes.  There's a cart there behind the cart, you
12 can see a doorway.  That doorway leads through the tunnel
13 system back into the divisions of the jail, so that's
14 were they're taken out.  So those ten photos are on the
15 bridge, the basement holding facility where the prisoners
16 come over for court.
17     Q  All right.  That was perfect.  So let me just
18 kind of break it down a little bit.  Just so that the
19 record is clear with certain numbers and whatnot.
20 Basement, Room B110 West, B109 West -- well, let me start
21 over.
22         There's a photo Basement, Room B110 West and
23 then that is a photo showing the Holding Cell Number 4;
24 is that right?

**Page 13**

1     A  Correct.
2     Q  The next photo Basement, Room B1209 West is photo
3 a showing primarily the Holding Cell Number 5?
4     A  Correct.
5     Q  Basement, Room B108 West is a photo showing the
6 Holding Cell Number 6?
7     A  Correct.
8     Q  Basement, B107 west is a photo showing the
9 Holding Cell Number 7?
10     A  Correct.
11     Q  Basement B120 South is a photo showing the
12 Holding Cell Number 8?
13     A  I believe that is correct, yes.
14     Q  And so these are used I believe you say for
15 males, right?
16     A  That is correct.
17     Q  And if somebody is in the custody of Department
18 of Corrections, they'll be brought from the jail and
19 placed in one of these cells.  And then from here,
20 they're brought up to their court; is that right?
21     A  Correct.
22     Q  There's no toilets in these, are there?
23     A  There is all the way in the back corner.
24     Q  Of number 4, the back right?



Page 14

1    A   Yes.
2    Q   And 5 would it be the back left corner?
3    A   I believe so.  I am not sure.  I haven't been
4  down there in a long time, but I can't see on the other
5  ones with any clarity that there are any restroom
6  facilities.
7    Q   Would there be a holding cell with no toilet in
8  it?
9    A   There can be.
10   Q   What happens then if the person being held if
11 there needs to use the restroom?
12   A   They're taken out to a facility, either one of
13 these here or to another one.
14   Q   A different holding cell with a toilet?
15   A   Yes.
16   Q   All right.  Then we get to Basement, B121 South
17 which appears to be a photo of Holding Cell Number 2?
18   A   Yes.
19   Q   And Basement, B122 South, which appears to be a
20 photo of Holding Cell Number 1?
21   A   Yes.
22   Q   And I believe you testified that these were the
23 holding cells for females who are held in jail and
24 Department of Corrections will bring them in and place

Page 15

1  them in here and then they wait in there and then they go
2  up to their court hearing; is that right?
3    A   Correct.
4    Q   Now in B121 South, it looks like there's a toilet
5  in that one, right?
6    A   Yes.
7    Q   And there's also one in the B122 South in the
8  back right, right?
9    A   It appears that way.
10   Q   Okay.  Then we go to B -- I guess it would be
11 Basement Vest. B105 West?
12   A   The next three are the same.
13   Q   It's CCB.CAM 0.063, 0.064, 0.066, right?
14   A   Yes.
15   Q   All right.  And I believe you testified that
16 these are pictures of essentially the same holding cell
17 where after the person who's in the custody of Department
18 of Corrections when they're done with court, they're
19 brought down and held in here, and then at some point
20 they're walked out that doorway way at the back of 0.064
21 behind the cart to go back to jail, right?
22   A   Correct.
23   Q   And there's no toilet in this holding cell
24 though?

Page 16

1    A   No.
2    Q   So if somebody needed to use the restroom, they
3  would alert somebody and then they would be brought
4  somewhere to use the toilet?
5    A   Correct.  These are meant for very short-term
6  detention.
7    Q   The one at the end before they go back to jail?
8    A   Correct.
9    Q   Are both men and women held in that one before
10 they go back to jail after court?
11   A   No.  Men only.
12   Q   And where are the females held?
13   A   In those ones that we identified as the female
14 holding number one and two.
15   Q   So those two female holding cells are both for
16 before court and after court?
17   A   Yes.
18   Q   Okay.  Then we hit 1st Floor, Vestibule 1022
19 South.  And what is that photo showing?
20   A   That is a holding cell behind Courtroom 101.
21   Q   So if somebody is going to Courtroom 101, would
22 they be placed in this holding cell?
23   A   Possibly.  The next four photos are all holding
24 cells for 101.  There's three holding cells, so you have

Page 17

1  a total of four photos here.  This is the smallest one.
2  This is an isolation cell or if someone is protective
3  custody or something, they would be placed in a smaller
4  one.  And then beyond that, you have two larger.
5        The next photograph which is indicated as 1023
6  South, that is a holding cell for 101 as well for new
7  arrests.  The one beyond that 1029 which is the much
8  larger one is for Department of Correction detainees, all
9  for Courtroom 101.
10   Q   And what about -- well, I guess there's two
11 holding 1029 Souths.  One is 1.020 and 1.023, are those
12 photos of the same?
13   A   They're from the same holding cell from different
14 angles.
15   Q   There's two cameras in that one?
16   A   There's two cameras, yes.  The first camera is
17 looking in from the door of the lockup.  The second photo
18 is looking from the wall towards the door of the lockup.
19   Q   So if somebody were going to Courtroom 101 then
20 if they needed some special issue, they would likely be
21 placed in the holding cell shown in Vestibule 1022 South;
22 is that right?
23   MS. EKL:  Objection to form.  Did you just say if
24 there was a special issue?



Page 18

1    MR. ZIMMERMAN: Yes, like protective custody, isn't
2  that what you said?
3  BY THE WITNESS:
4    A  That cell can be used for people of that nature
5  where you're not putting them into general population.
6  It's not exclusive for that, but we can use it for
7  anybody, it's a very small cell. So if there was a need
8  to have someone housed separately, we would utilize that
9  cell.
10  BY MR. ZIMMERMAN:
11    Q  All right. And then the next one Detention 1023
12  would be for new arrests who are going to Courtroom 101?
13    A  Primarily, yes.
14    Q  And then the next two holding 1029 South would be
15  for Department of Correction detainees who came out of
16  that basement holding facility, and then they would be
17  brought up to this holding cell before they went into
18  Courtroom 101?
19    A  Correct.
20    Q  Is this male or female?
21    A  Male.
22    Q  All of them?
23    A  Male, yes.
24    Q  Is there a toilet in the Vestibule 1022 South

Page 19

1  holding cell?
2    A  No.
3    Q  Is there a toilet in the Detention 1023 South
4  holding cell?
5    A  No.
6    Q  All right. I see the toilet in holding 1029
7  South from the doorway looking in, do you see that, in
8  the back left-hand corner?
9    A  Yes.
10    Q  All right. So we may be getting to this next,
11  but are there special holding cells for Courtroom 101 for
12  females?
13    A  No.
14    Q  Are they brought to holding cells if they're
15  going up to Courtroom 101?
16    A  Generally if there is a female that's coming up
17  to 101, they're brought up directly from the bridge. If
18  there's a need to recall a female prisoner, they have a
19  bench that is outside here, which they will secure them
20  on, which is behind a partition. So that they're
21  separated visually. But generally speaking because we
22  don't have that many females for this call, whatever it
23  is, they're housed on the bridge downstairs and they're
24  brought up when they're needed for court.

Page 20

1    Q  Fair enough. All right, then we go to the next
2  set 1st Floor Behind Courtroom 100 North. There's three
3  of those, can we talk about those in a group?
4    A  Sure.
5    Q  So there's CAM 1.046 what is that showing?
6    A  It is a holding cell, the male holding cell,
7  behind Courtroom 100. There are two male cells behind
8  100 and 102. 100 and 102 are back to back, so there's a
9  cell on one side, which is this one. And then there's a
10  cell across the way which are the next two photos. The
11  next two photos are the same cell, just from different
12  angles.
13    Q  Okay. So CAM 1.050 and 1.052 show the same
14  holding cell?
15    A  Correct.
16    Q  And is that used for a Courtroom 100?
17    A  102.
18    Q  Males?
19    A  Yes. But in the event that for some reason we
20  have a large number of prisoners for 100, they may
21  flip-flop the two because they're literally across the
22  hall from one another and the courtrooms are back to
23  back. But generally speaking, this is used for the 102
24  prisoners.

Page 21

1    Q  All right. Is there a toilet in either one of
2  these two holding cells?
3    A  In both.
4    Q  Well, the next two deal with Holding Cell 2013
5  behind courtroom 208. Can we talk about those as a
6  group?
7    A  Yes.
8    Q  What is the photo in 2.007 showing?
9    A  That's a photo of the entry to the holding cell
10  behind courtroom 208.
11    Q  And what is 2.008 showing?
12    A  That's showing the hallway leading to the holding
13  cell of 208.
14    Q  So that's the hallway leading to the cell shown
15  in 2.007?
16    A  Correct.
17    Q  So if somebody were going to Courtroom 208, is
18  this the holding cell that they would be placed in?
19    A  Probably depending on the prisoner count for that
20  day. On the second floor and third floor of the
21  Courthouse, the lockups are laid out differently than the
22  rest of the building because these were, quote, unquote,
23  remodeled since the building opened in 1929. So we've
24  got four cells on the north side and the south side of



Page 22

1   the second floor and the third floor.  Depending on if we
2   have a heavy count of prisoners that day and we have a
3   lot of females, there may be one cell that is going to be
4   used exclusively for females.
5       Generally speaking, they will usually use one of
6   the cells at the end of the hallway because it's out of
7   sight from the other cells and the male prisoners.  So
8   there are times when this may be used exclusively as a
9   female cell for all the prisoners on 2 South, 5, 6, 7, 8.
10  Not always.  The female prisoner numbers aren't always
11  that great to where we would normally keep them
12  downstairs on the bridge, and then go and bring them up
13  when they're needed for court and then they're brought
14  right back down.
15      Q   Okay.  When you say 2 South 5, 6, 7, and 8, are
16  you referring to the holding cells or the Courtrooms?
17      A   The holding cells for those adjoining courtrooms,
18  yes.  205, 206, 207, 208.
19      Q   All right.  If I look at 2.007, so the door, the
20  glass door to the holding cell is open to the back right
21  corner, is that a toilet?
22      A   Yes.
23      Q   So that can be seen if that glass door were
24  closed and the big black iron part of it would have been

Page 23

1   moved towards the middle or does that big black iron part
2   stay there and then the other part of the door slide over
3   to it?
4       A   The door slides over to that.
5       Q   I see.  All right.  The next three photos deal
6   with the holding cell behind Courtroom 207?
7       A   Actually, the next two photos are of the cell
8   that is in between 208 and 207.  This is just like we had
9   outside of 101, an isolation cell.  So these next two
10  photos 2.010 and 2.012 indicate that cell.  That is not
11  designated to a particular courtroom.
12      Q   So this would be an isolation cell that can be
13  used for Courtrooms 205, 206, 207, or 208?
14      A   Correct.  There is one isolation cell on each
15  side of the floor.  Because right directly across from
16  this isolation cell is where the elevator is where the
17  prisoners come up.  So if they needed to put somebody
18  that is going to be separate if they were in a case or a
19  trial and they were testifying against someone else,
20  whatever it is, they can't be housed in the same cell.
21  They have to be separate but they have to be readily
22  available for testimony, so this is something that could
23  be utilized.
24      Q   I see.  Is there a toilet in that isolation cell?

Page 24

1       A   There is not.
2       Q   All right.  And just so our record is clear,
3   2.010 and 2.012 show that isolation cell in between
4   Courtrooms 207 and 208?
5       A   Correct.
6       Q   The next photo 2.015, what does that show?
7       A   That is the holding cell behind Courtroom 207.
8       Q   And is there a toilet behind that smokey glass or
9   whatever that glass is on the back right?
10      A   Yes, there is.
11      Q   Okay.  So if somebody were going to Courtroom
12  207, would they likely be placed in this holding cell?
13      A   Most likely, yes.
14      Q   And again this would be for males unless you have
15  that issue you described earlier where you got a bunch of
16  females and you're going to need a spot for them?
17      A   Correct.
18      Q   All right.  The next photo is cell 2.043 behind
19  Courtroom 206.  What is that one showing?
20      A   That is the holding cell behind Courtroom 206.
21      Q   Is there a toilet in that one?
22      A   Yes.
23      Q   Is that what's right on the back wall there?
24      A   Yes.

Page 25

1       Q   All right.  And was this used for males?
2       A   Yes.
3       Q   Unless you have the female issue again, right?
4       A   Correct.
5       Q   So if somebody were going to Courtroom 206, they
6   likely would be placed in this holding cell?
7       A   Yes.
8       Q   And the next one is Holding Cell 2061 behind
9   Courtroom 205, what is that showing?
10      A   That is the holding cell behind Courtroom 205.
11      Q   And so if somebody were going to Courtroom 205,
12  they would likely be placed in this cell?
13      A   Yes.
14      Q   Is there a toilet in there?
15      A   Yes.
16      Q   It's sort of in the back to the right?
17      A   Yes.
18      Q   All right.  There's two of them, the next in line
19  Holding Cell 2076 behind courtroom 204; do you see those?
20      A   Yes.
21      Q   All right.  So CAM 2.036, what is that showing?
22      A   That is showing a photo of the holding cell
23  behind Courtroom 204.
24      Q   Is this for males?



Page 26

1    A   Most likely.  Once again, this is the same thing
2  as we have on the other side, this is on the north side
3  this now, or this is the cell that's down the hallway
4  separated from the cluster of cells.  So there are times
5  when it will be used exclusively for a female cell.  It
6  doesn't happen often, but it depends on the population,
7  the numbers that are coming up, generally speaking, the
8  females stay down on the bridge until they're needed and
9  they go gown to pick them up.  They come up and then they
10 will be dropped right back down.
11   Q   Which one out of the other four again was the
12 isolated one for the females for --
13   A   208.  And that's the one you have two
14 illustrations of and the second one shows the long
15 hallway.
16   Q   Got it.
17   A   And that's the same thing as the second photo
18 here on the left side of the one for 2076.  It shows the
19 hallway coming back to the elevator, the prisoner
20 elevator.
21   Q   So in CAM 2.037, that shows the hallway leading
22 to the holding cell shown in 2.036, right?
23   A   That is correct.  That's the holding cell on the
24 right of that photograph.

Page 27

1    Q   Okay.  And there's a toilet in the cell 2076,
2  right?
3    A   That is correct.
4    MR. ZIMMERMAN:  You know what, why don't we take roll
5  again.  We have a new entrant.
6    MS. EKL:  Let's go off the record.
7              (A discussion was had
8              off the record.)
9    MS. EKL:  For the record, a couple of other deponents
10 have entered the room, and we'll go ahead and have them
11 introduce themselves.
12   MR. MILAZZO:  Lieutenant Don Milazzo, M-I-L-A-Z-Z-O.
13   MR. CERVANTES:  Superintendent Cervantes for Rolling
14 Meadows, C-E-R-V-A-N-T-E-S.
15   MR. BOYD:  Superintendent Antwann Boyd,
16 A-N-T-W-A-N-N, B-O-Y-D.
17   MR. ZIMMERMAN:  And your partner?
18   MR. BURNS:  Daniel Burns.
19 BY MR. ZIMMERMAN:
20   Q   Okay.  So let's go to the next photo Holding Cell
21 2090 behind Courtroom 203.  What does that photo show?
22   A   That's the holding cell behind Courtroom 203.
23   Q   So if someone were coming up to Courtroom 203,
24 they likely would have been placed in that cell?

Page 28

1    A   Correct.
2    Q   And there's a toilet in the back of that, right?
3    A   Yes.
4    Q   And the next three of them --
5    A   Actually just the next one.  The next one is the
6  holding cell for Courtroom 202.
7    Q   That is CAM 2.045?
8    A   Correct.
9    Q   And if somebody were coming up to Courtroom 202,
10 they likely would be placed in that holding cell?
11   A   Yes.
12   Q   Is there a toilet in there on the back left?
13   A   Yes.
14   Q   How about the next two?
15   A   The next two photos are that side cell on the 2nd
16 Floor, North outside of Courtroom 202.
17   Q   Is this the isolation one?
18   A   Yes.
19   Q   Just for the record, it's CAM 2.048 and 2.050,
20 right?
21   A   Yes.
22   Q   So this would be used primarily if somebody was a
23 witness or had to be isolated from the rest of the folks?
24   A   Correct.

Page 29

1    Q   Is there a toilet in that one?
2    A   No.
3    Q   All right.  The next one is Holding Cell 2125
4  behind Courtroom 201, what does that show?
5    A   That is the holding cell behind Courtroom 201.
6    Q   If somebody were going to Courtroom 201, they
7  likely would be placed in this cell?
8    A   Yes.
9    Q   Is there a toilet in here in the back left?
10   A   Yes.
11   Q   All right.  Now we're up on the third floor.  The
12 next photo is --
13   A   Next two.
14   Q   Good.  The next two says 3.005 and 3.006.  What
15 do those photos show?
16   A   That shows the holding cell behind Courtroom 308.
17   Q   If somebody were going to Courtroom 308, would
18 they likely be placed in this cell?
19   A   Yes.
20   Q   There's a toilet in the back right?
21   A   Yes.
22   Q   The next -- you tell me, I got three of them
23 here?
24   A   Next two.


MAGNA
LEGAL SERVICES

Page 30

1    Q   All right.  CAM 3.008, 3.010, what do those show?
2    A   That is the isolation cell outside of Courtroom
3  307.
4    Q   No toilets in that one, right?
5    A   No toilet.
6    Q   Okay.  The next one Holding Cell 3026 behind
7  Courtroom 307, what does that photo show?
8    A   That's the holding cell behind Courtroom 307.
9    Q   If somebody were going to Courtroom 307, they
10  would likely be placed in this cell, right?
11   A   Yes.
12   Q   And there's a toilet in the back right?
13   A   Yes.
14   Q   The next one is Holding Cell 3044 behind
15  Courtroom 306, what does that show?
16   A   The holding cell behind Courtroom 306.
17   Q   If somebody were going to Courtroom 306, they
18  likely would be placed in this cell, correct?
19   A   Yes.
20   Q   And there's a toilet in the back left on that?
21   A   Yes.
22   Q   Next --
23   A   two.
24   Q   Good.  Next two, CAM 3.021, 3.022, what do those

Page 31

1  photos show?
2    A   Holding cell behind Courtroom 305.
3    Q   If somebody were going to Courtroom 305, they
4  likely would be placed in that cell, right?
5    A   Yes.
6    Q   And there's a toilet in the back right?
7    A   Yes.
8    Q   All right.  How about the next two, can we put
9  those together?
10   A   Yes.
11   Q   That is 3.0373, .038, what do those photos show?
12   A   The holding cell behind Courtroom 304.
13   Q   If somebody were going into Courtroom 304, they
14  likely would be placed in this cell, right?
15   A   Yes.
16   Q   And there's a toilet in the back of that one?
17   A   Yes.
18   Q   The next one Holding Cell 3090 behind Courtroom
19  303, what does that photo show?
20   A   That is the holding cell behind Courtroom 303.
21   Q   If somebody were going into courtroom 303, they
22  likely would be placed in this cell; is that right?
23   A   Yes.
24   Q   Is there a toilet in the back of that one?

Page 32

1    A   Yes.
2    Q   I got three of them here.  No, I got more than
3  that.  I got four of them on 302.  Can we group any of
4  those?
5    A   Yes.  The first one is showing the holding cell
6  behind Courtroom 302.  The second one is showing you the
7  hallway outside, on the upper left is the elevator for
8  the 3rd floor where the prisoners come in.
9    Q   Where is 302 holding cell in this next picture?
10   A   Should be to your right.
11   Q   And then it looks like we got an isolation cell?
12   A   The next two would be the isolation cell,
13  correct.
14   Q   All right.  So let's go back.  The photo in 3.046
15  is showing the holding cell used for Courtroom 302?
16   A   Yes.
17   Q   If somebody were going to Courtroom 302, they
18  would likely be placed in this cell?
19   A   Yes.
20   Q   Is there a toilet in there?
21   A   Yes.
22   Q   And in Photo 3.048 to the right as you're looking
23  at it, there's a picture of a holding cell, is that the
24  holding cell that we just saw in 3.046?

Page 33

1    A   Correct.
2    Q   Then we go to 3.049 and 3.051 and that is the
3  isolation cell on the third floor?
4    A   Correct.
5    Q   Is that behind Courtroom 302?
6    A   Third floor North, correct.  302 as you can see
7  in the upper left, that's the door going into the
8  courtroom, and to the far left is the holding cell for
9  302.
10   Q   Got it.  No toilet in that one?
11   A   No.
12   Q   Next we have two of them, 3.053 and 3.054, what
13  are those photos showing, sir?
14   A   The holding cell behind Courtroom 301.
15   Q   If somebody were going to Courtroom 301, they'd
16  likely would be placed in that holding cell?
17   A   Yes.
18   Q   And there's a toilet in the back left?
19   A   Yes.
20   Q   On the third floor, is there one of those cells
21  that are off by itself that the females would be put in?
22   A   No.
23   Q   No?
24   A   No.  Well, you have the option, like I said, of



Page 34

1  the ones that are at the end, if they need to use it,
2  they'll use it.  Like in this picture here, you've got
3  301, you can see that's the cell by itself.  That's the
4  going back two photos to 3.053.  You can see that that
5  cell is by itself on the that side of the floor because
6  on the right-hand-side is the long aisle that goes to
7  where the rest of them are.
8      Q   So in the situation where you would have a whole
9  bunch of females, then that would be the cell they would
10 put in?
11     A   Yes, most likely.
12     Q   For the whole third floor?
13     A   For the north.  There's one on each side of the
14 floor.
15     Q   What about on the other side?
16     A   308.
17     Q   Okay.  So on the other side if there's a bunch of
18 females, then you would use Holding Cell 3013 behind
19 Courtroom 308 for them?
20     A   Correct.
21     MR. ZIMMERMAN:  Nick wants me to ask you a question.
22         So I guess the 1st Floor and we'll go all the
23 way back.
24     A   Okay.

Page 35

1      Q   Are there any other cameras on the 1st Floor
2  other than the cameras that are shown in the photos that
3  we have gone through?
4      MS. EKL:  I'm just going to object to the form
5  because the cameras themselves are not shown in those
6  photographs?
7  BY MR. ZIMMERMAN:
8      Q   You know what I'm saying, don't you?  All right.
9  Let's try this again.
10         Are there any other cameras on the 1st Floor
11 other than the cameras whose views are in these photos
12 that we went through?
13     A   Are you asking in relation to the tension areas?
14     Q   No.  I am asking generally.
15     A   Yes.
16     Q   And where are those at?
17     A   Those cameras are in the entryways and the
18 hallways of the building.
19     Q   Anywhere else?
20     A   There is also one camera in the female detention
21 area behind 102.
22     Q   Anywhere else?
23     A   No.
24     Q   I don't see a photo here of the female detention

Page 36

1  area behind 102?
2      A   Yes.  It's not on this system.  The camera that's
3  in use down there is from pre-1970.  It has a very
4  distorted black and white image on an old control system
5  that's not looped into this.
6      Q   I see.  Are all of these photos that are in
7  Exhibit No. 5 from the new system?
8      A   Yes.
9      Q   Are the cameras on the first floor in the entry
10 and hallways of the building on the new system?
11     A   Yes.
12     Q   Is there any camera other than the female
13 detention area behind 102 that is not on the new system?
14     A   Not to my knowledge, no.
15     Q   Why didn't they change that one?
16     MS. EKL:  Objection.  Foundation.
17 BY MR. ZIMMERMAN:
18     Q   Is there a way to get a still image off of that
19 female detention area behind 102 camera?
20     A   I don't have the knowledge to answer that.
21     Q   Okay.  Unfortunately, you have competent Counsel
22 and she'll give me the answer later.
23         Okay.  How about the second floor, same
24 question, are there any cameras on the second floor other

Page 37

1  than the cameras whose views are shown in the photos that
2  we've just talked about?
3      A   Yes.
4      Q   And where are those at?
5      A   The public hallway.
6      Q   Anywhere else?
7      A   No.
8      Q   Would you describe the female detention area for
9  me, please, behind Courtroom 102?
10     A   It's a single cell detention.  It is similar to
11 the detention in the male detention in 100, but it's
12 considerably smaller.  That would be like about 12 pages
13 in here 1.046 is the number, 1st Floor behind 100 North.
14     Q   Is there a toilet in that cell?
15     A   Yes.
16     Q   All right.  So we've have gone through the lower
17 bridge, we've gone through the upper bridge, and I don't
18 think we really explored -- well, probably because I
19 haven't asked the questions yet.
20         All right.  When somebody comes in to the
21 Leighton Courthouse, they're processed generally?
22     A   Are you talking about a prisoner?
23     Q   All right.  Let's say somebody is in custody from
24 the Department of Corrections and they're brought in?



Page 38

1    A  Yes.
2    Q  Where are they brought?
3    A  They're brought to the bridge.  They're separated
4  based on where you're going.  And then a movement officer
5  will bring them up to the individual floors where they're
6  going to be attending court.  That officer stays with
7  them on the court floor until all the prisoners have
8  completed their court hearings and everyone has been
9  dropped back down.
10    Q  And when they're brought into the courthouse,
11  what identifying information is obtained from them?
12    A  Well, the identifies as far as who is coming to
13  court whatever it is done by the Department of
14  Corrections.  They bring them up to the courtrooms and
15  put them in the cells, and all we do on our end is simply
16  call out the names of the prisoners who are being called
17  for court.
18    Q  All right.  You remember I asked these questions
19  of Superintendent Mills.  I think he testified that the
20  Department of Corrections they got their ID and they get
21  scanned.
22    A  Correct.
23    Q  Does that happen there at Leighton, too?
24    A  No.  If it does happen, it would be done on the

Page 39

1  bridge downstairs by DOC.  The courts do not do that.
2    Q  So does the Sheriff's Department obtain any
3  information about who's being brought in from DOC?  Do
4  you know their name?
5    A  Well, we have them on the court call, that much
6  we know.  They'll be on the court call.
7    Q  Their name?
8    A  Correct.
9    Q  And what courtroom they're going to?
10    A  Correct.
11    Q  Anything else?
12    A  No.
13    Q  So when DOC brings them in, is there somebody
14  that's got the log and they check it off, say all right,
15  I got this guy, I got in guy?
16    A  The DOC officer on the bridge will do that before
17  they're sent up the court based on the court call for the
18  day.
19    Q  Okay.  What about if somebody brought in for a
20  bond hearing from an outside agency, what happens to them
21  when they come into the courthouse?
22    A  The same thing.  They're shipped over from the
23  Department of Corrections.  We're given a list of all of
24  the names that are going to be on the court call for the

Page 40

1  day, and they're brought up to the holding cell and
2  they're brought out in the order that they're listed.
3    Q  There's no information regarding the arresting
4  agency or if they have a disability or anything like
5  that, it's just the name and their courtroom, that's all
6  you know?
7    A  If they're coming to us for a bond hearing Monday
8  thru Friday, it's a Chicago Police Department arrest, on
9  the weekends we have all of Cook County.  So that would
10  be suburban as well.
11    Q  And so what would be the difference between the
12  amount of information you would obtain about the person
13  coming in whether it's Chicago PD Monday through Friday
14  or outside of Chicago PD on a weekend?
15    A  They're going to be -- once all their paperwork
16  is checked for accuracy by the Department of Corrections,
17  they have the packet of paper together and they make a
18  copy for the state's attorney and for the court clerk,
19  and then we have the sheriff copy.  So if there's any
20  discrepancies or questions, we can refer to it.  It would
21  be what the Chicago Police have as their golden rod or
22  their arrest report.  And if they have any background
23  information that goes with it, depending on what the
24  agency is bringing in.  That's all tendered at the time

Page 41

1  that the prisoner is brought to the receiving room.  If
2  all the paperwork that's necessary to process is not
3  there, the prisoner is refused.
4    Q  In this situation you'd have their name, address,
5  presumably their address, too?
6    A  If I don't have a Chicago sheet, I would not have
7  there address, no.
8    Q  So if it comes from Chicago PD, you'll have name
9  address, and what else?
10    MS. EKL:  Objection.  Form.  Assumes facts not in
11  evidence.
12  BY MR. ZIMMERMAN:
13    Q  Well, what's on the arrest report?
14    A  Whatever paperwork that is tendered, yes, to the
15  state and to the clerk, the sheriff gets the same copy,
16  but we do not have a copy of the arrest report, the state
17  gets that because they do a check through leads to verify
18  if there's any additional wants for it, and the court
19  clerk gets that because it goes into the court file.  We
20  don't have a need for it on our end.
21    Q  Okay.  So what information would the sheriff
22  retain if somebody is brought in from Chicago PD for a
23  bond hearing?
24    A  That would be the Department of Corrections



Page 42

1    records. They keep all of the paperwork. We don't keep
2    anything in the courts.
3        Q   And what would be contained in those Department
4    of Corrections records in terms of identifying
5    information about the person?
6        A   They would have information concerning if there
7    was a background check that was done, that might be
8    attached to it also.
9        Q   Would it list their name and address of the
10   person?
11       A   It should.
12       Q   What if somebody is transported from the -- now
13   in Skokie there was one category that was transported
14   from Department of Corrections, and Department of
15   Corrections would stay with the prisoner; do you remember
16   he testified about that?
17       A   That was Illinois Department of Corrections.
18       Q   Yes. So would that ever happen at Leighton?
19       A   Yes, it does.
20       Q   And so if somebody is transported from the
21   Illinois Department of Corrections, how does that
22   processing work?
23       A   The Illinois Department of Corrections has their
24   own holding cell in the basement next to the bridge, it's

Page 43

1    completely separate. Those once again are prisoners who
2    have already been convicted of a crime and are serving a
3    sentence in the Illinois Department of Corrections, so
4    they're always segregated from those who are just
5    accused. And same procedure as was mentioned before when
6    that individual is called to court, the Illinois
7    Department of Corrections officers come up with the
8    individual, they attend court, and then they bring the
9    individual back down. The prisoner is not in the custody
10   of the sheriff.
11       Q   And so what information would you have about the
12   prisoner that would be able to identify who was brought
13   in?
14       A   Name.
15       Q   And their courtroom?
16       A   Yes.
17       Q   Where is that cell that the Illinois Department
18   of Corrections has, is that in any of these photos?
19       A   No.
20       Q   Is it monitored by a camera?
21       A   I don't have that in my system. I don't know if
22   they have a camera down there or not. It's segregated
23   from the bridge. It's right off of the dock of the
24   building, which is where they bring the prisoners in.

Page 44

1        Q   Okay. What about outside of the county, is there
2    anybody who is ever brought to Leighton outside of the
3    county?
4        A   Yes.
5        Q   And how is that person processed?
6        A   They're processed in the same manner as IDOC,
7    they stay in the custody of the transporting agency.
8    They're brought up and then they're brought right back
9    down.
10       Q   Are they placed in the bridge?
11       A   I don't know if they have a separate cell for
12   them or not up there. Normally they come in through that
13   area, they come through just the same way that an outside
14   delivery of prisoners would come in. But they are, as I
15   said, they're segregated from the Cook County Department
16   of Corrections.
17       MS. EKL: Just to be clear to clarify, when you say
18   that they come in, where are you referring to, come into
19   where?
20       THE WITNESS: They're brought into the Department of
21   Corrections, just like the other prisoners from outside.
22   BY MR. ZIMMERMAN:
23       Q   What identifying information would you have about
24   the person coming in from outside the county?

Page 45

1        A   Their name, where they're going to --
2        Q   Name and courtroom?
3        A   Yeah.
4        Q   And then the agency bringing them?
5        A   The agency bringing them, correct.
6        Q   All right. Let's get back to --
7        A   404.
8        Q   All right. I want to go back to the third floor
9    now.
10           Back on the second floor, I think you said that
11   there were cameras in the public hallways and we don't
12   have photos of them in our stack, right?
13       A   Yes.
14       Q   Are there any other cameras on the second floor
15   other than the public hallways that we don't have photos
16   of in our stack?
17       A   No.
18       Q   Third floor, are there any cameras on the third
19   floor that we don't have photo views of in our stack?
20       A   Public hallways.
21       Q   Same thing, all right.
22           Anywhere else on the third floor?
23       A   No.
24       Q   All right. Holding Cell 408 behind Courtroom



Page 46

1  404. What, sir, does that photo show?
2    A  It's the holding cell behind Courtroom 404.
3    Q  If somebody were going to Courtroom 404, is this
4  the cell they likely would be placed in?
5    A  Yes.
6    Q  Is there a toilet in that?
7    A  Yes, top right.
8    Q  The next two say Holding Cell 449 behind
9  Courtroom 402, can we group those together?
10   A  Yes.
11   Q  Good.
12     What are the photos in 4.019 and 4.020 showing?
13   A  The holding cell behind Courtroom 402.
14   Q  If someone were going to Courtroom 402, would
15  they likely be placed in this holding cell?
16   A  Yes.
17   Q  Is there a toilet in that one?
18   A  Yes.
19   Q  The next one, I guess we have got two of them,
20  well, there's three of them.  There's Holding Cell 450,
21  Holding Cell 450, and Holding Cell 449 and 450.  What are
22  we doing with these?
23   A  Holding Cell 450 is two views of the same holding
24  cell that is the holding cell for Courtroom 400.  The

Page 47

1  first photo which is 4.021 that shows you the actual
2  holding cell.  The photo cell of 4.022 is the holding
3  cell and on the right shows the where the bathroom is
4  which is behind that partition.
5    Q  If somebody were going to Courtroom 400, would
6  they likely be placed in this holding cell?
7    A  Yes.
8    Q  What about that next Photo 449 and 450?
9    A  450, this is a view on the camera from above the
10  prisoner elevator looking straight ahead in between the
11  prisoner cell for holding cell for Courtroom 402, and the
12  holding cell for 400 is a small isolation cell.  That's
13  straight ahead on the photo you can see in the open --
14  there's an opening right near the center of this photo.
15   Q  Right.
16   A  That's the step into that isolation.
17   Q  Is there a toilet in there?
18   A  No.
19   Q  The guys in isolation don't get the toilets?
20   A  Not in their cell.
21   Q  Good answer.
22     On the fourth floor, are these holding cells for
23  males or females?
24   A  Males.

Page 48

1    Q  Do females ever go in them?
2    A  No.
3    Q  Are there any other -- well, let's back up again
4  because I am sure Nick will make me ask this.
5     Are there any other holding cells on the first
6  floor other than the ones in these photos?  Oh yeah, you
7  said that, the female detention center?
8    A  Correct.
9    Q  All right.  Are there any other holding cells on
10  the second floor other than the ones in the photos?
11   A  No.
12   Q  Are there any other holding cells on the third
13  floor other than the ones in these photos?
14   A  No.
15   Q  Are there any other holding cells on the fourth
16  floor other than the ones in these photos?
17   A  No.
18   Q  Are there any other cameras on the fourth floor
19  other than the cameras showing the views in these photos?
20   A  Yes.
21   Q  All right.  Where are those?
22   A  Public hallway.
23   Q  Anywhere else on the fourth floor?
24   A  No.

Page 49

1    Q  Okay.  Next two, Holding Cell 585 behind
2  Courtroom 506, can those go together.
3    A  Yes.
4    Q  What do those show, sir?
5    A  It shows the holding cell behind Courtroom 506.
6    Q  If somebody were going to Courtroom 506, would
7  they likely be placed in this holding cell?
8    A  Yes.
9    Q  Is there a toilet in there?
10   A  Yes.
11   Q  On the left?
12   A  Yes.
13   Q  Next one room, I guess it's cell 586, behind
14  Courtroom 504, can we group those two together?
15   A  Yes.
16   Q  I guess just for the record the holding cell
17  behind Courtroom 506 is Holding Cell 585 and that's Cam
18  5.007 and 5.008, right?
19   A  Yes.
20   Q  The Holding Cell 586 behind Courtroom 504 is CAM
21  5.009, 5.010, right?
22   A  Yes.
23   Q  And what do those photos shows?
24   A  The holding cell behind Courtroom 504



Page 50

1    Q  If somebody were going into Courtroom 504, would
2  they likely be placed in this holding cell?
3    A  Yes.
4    Q  And is there a toilet in this cell?
5    A  Yes.
6    Q  That's off to the right side?
7    A  Yes.
8    Q  The next two show Holding Cell 549 behind
9  Courtroom 502, it's CAM 5.022, 5.023; is that right?
10   A  Yes.
11   Q  And what do those photos show?
12   A  The holding cell behind Courtroom 502.
13   Q  If somebody were going into Courtroom 502, they
14  likely would be placed in this holding cell, right?
15   A  Yes.
16   Q  And is there a toilet in that?
17   A  Yes.
18   Q  And is that off to the left?
19   A  Yes.
20   Q  The next two, Holding Cell 555 behind Courtroom
21  500, CAM 5.024, 5.025; is that right?
22   A  Yes.
23   Q  What do those photos show?
24   A  Holding cell behind Courtroom 500.

Page 51

1    Q  If somebody were going to Courtroom 500, they'd
2  likely be placed in this cell; is that right?
3    A  Yes.
4    Q  Is there a toilet off to the right in there?
5    A  Yes.
6    Q  Now, it looks like we might have a couple of
7  isolation cells?
8    A  Yes.
9    Q  All right.  We got Holding Cell 585 and 586
10  behind Courtroom 504 and 506, what is that?
11   A  That's an isolation cell that's contained between
12  those two courtrooms.
13   Q  Is there a toilet in there?
14   A  No.
15   Q  The next one is Holding Cell 549 and 550 behind
16  Courtroom 500 and 502, what is that showing?
17   A  That's an isolation cell that's contained between
18  the holding cells for Courtroom 500 and 502.
19   Q  Is there a toilet in that one?
20   A  No.
21   Q  Okay.  Are there any holding cells on the 5th
22  floor other than the ones shown in these photos?
23   A  No.
24   Q  Are there any other cameras on the fifth floor

Page 52

1  other than the camera whose views are shown in these
2  photos?
3    A  Yes.
4    Q  Where are those?
5    A  Public hallway.
6    Q  Okay.  Are these holding cells on the fifth floor
7  used for men or women?
8    A  Men.
9    Q  What if a female had to go to a courtroom on the
10  fifth floor?
11   A  She would be held on the bridge until her court
12  appearance was necessary and she would be brought up and
13  directly to court.
14   Q  Same true on the fourth floor?
15   A  Yes.
16   Q  Next two photos, Holding Cell 685 behind
17  Courtroom 106, can we put those together?
18   A  Yes.
19   Q  And what do those photos show?
20   A  The holding cell behind Courtroom 606.
21   Q  If somebody were going to Courtroom 606, would
22  though likely be placed in this cell?
23   A  Yes.
24   Q  Is there a toilet on the left side of that?

Page 53

1    A  Yes.
2    Q  The next two, 64 Holding Cell 686 behind
3  Courtroom 604, can we put those together?
4    A  Yes.
5    Q  And what do those photos show?
6    A  The holding cell behind Courtroom 604.
7    Q  If somebody were going to Courtroom 604, would
8  they likely be placed in this holding cell?
9    A  Yes.
10   Q  And is there a toilet on the right side of that
11  one?
12   A  Yes.
13   Q  The next two, cell 649 behind Courtroom 602, can
14  we put those two together?
15   A  Yes.
16   Q  What do those photos show?
17   A  The holding cell behind Courtroom 602.
18   Q  If somebody were going to Courtroom 602, would
19  they likely be placed in that holding cell?
20   A  Yes.
21   Q  Is there a toilet on the left side of that one?
22   A  Yes.
23   Q  The next two show cell 655 behind courtroom 600,
24  can we put those two together?



Page 54

1    A   Yes.
2    Q   And what do those photos show?
3    A   The holding cell behind Courtroom 600.
4    Q   If somebody were going to Courtroom 600, would
5    they likely be placed in this cell?
6    A   Yes.
7    Q   Is there a toilet on the right side of that?
8    A   Yes.
9    Q   The next two looks like we have isolation cells
10   again?
11   A   Yes.
12   Q   All right.  So Holding Cell 685, 686 behind
13   Courtroom 604 and 606, what does that photo show?
14   A   That shows the isolation cell that is contained
15   between the holding cells for Courtroom 604 and 606.
16   Q   And is there a toilet in that?
17   A   No.
18   Q   The photo Holding Cell 647 and 649 behind
19   Courtroom 600 and 602, what does that photo show?
20   A   That is the isolation cell that is contained
21   between the holding cells for Courtroom 600 and 602.
22   Q   Are there any other holding cells on the sixth
23   floor of that courthouse other than the ones that are in
24   these photos?

Page 55

1    A   No.
2    Q   Are there any other cameras on the sixth floor
3    other than the cameras whose views are shown in these
4    photos?
5    A   Yes.
6    Q   Where are those?
7    A   Public hallway.
8    Q   Are these courtrooms on the sixth floor used for
9    men or women?
10   A   Men.
11   Q   If a female had a court call up on the sixth
12   floor, they would be taken straight from the bridge up to
13   the courtroom?
14   A   Correct.
15   Q   The next two are Holding Cells 785 behind
16   Courtroom 706, can we put those together?
17   A   Yes.
18   Q   And what do those photos show?
19   A   The holding cells behind Courtroom 706.
20   Q   If someone were to go into Courtroom 706, is this
21   the holding cell they likely would be placed in?
22   A   Yes.
23   Q   Is there a toilet up on the left side of that
24   one?

Page 56

1    A   Yes.
2    Q   The next two show Holding Cell 786 behind
3    Courtroom 704, can I put those two together?
4    A   Yes.
5    Q   What do those two photos show?
6    A   The holding cell behind Courtroom 704.
7    Q   If somebody were going to Courtroom 704, would
8    they likely be placed in this holding cell?
9    A   Yes.
10   Q   Is there a toilet on the right side of that one?
11   A   Yes.
12   Q   The next two show Holding Cell 749 behind
13   Courtroom 702, can I put those two together?
14   A   Yes.
15   Q   What do those two photos show?
16   A   The holding cell behind Courtroom 702.
17   Q   If somebody were going to Courtroom 702, would
18   they likely be placed in this holding cell?
19   A   Yes.
20   Q   Is that a toilet on the left side?
21   A   Yes.
22   MS. EKL:  I'm going to object for just a second.  You
23   rephrased that one slightly.  You said is that a toilet
24   on the left side.  Are you asking him whether it's

Page 57

1    visible in the photograph or are you asking him is there
2    a toilet on the left side of the cell as you've been
3    asking in the other questions?
4    BY MR. ZIMMERMAN:
5    Q   Is there a toilet on the left side of that cell?
6    A   Yes.
7    Q   The next two is Holding Cell 750 behind Courtroom
8    700, can I put those two together?
9    A   Yes.
10   Q   What do those photos showing?
11   A   The holding cell behind Courtroom 700.
12   Q   If somebody were going to Courtroom 700, would
13   they likely be placed in the cell?
14   A   Yes.
15   Q   Is there a toilet on the right side?
16   A   Yes.
17   Q   The next two look like isolation cells, cells 785
18   and 786 behind Courtroom 704 and 706, what is that photo
19   showing?
20   A   That is an isolation cell that is contained
21   between the holding cells for Courtrooms 704 and
22   courtroom 706.
23   Q   And is there a toilet in that room?
24   A   No.



Page 58

1    Q  The next photo is Holding Cell 749 and 750 behind
2  Courtroom 700 and 702, what is that showing?
3    A  It's an isolation cell that is contained between
4  the holding cells for Courtroom 700 and 702.
5    Q  Is there a toilet in that one?
6    A  No.
7    Q  These holding cells on the seventh floor, are
8  those for men or women?
9    A  Men.
10    Q  If a woman was going up to the seventh floor for
11  court, would she be brought straight up from the bridge?
12    A  Yes.
13    Q  Are there any other holding cells on the seventh
14  floor other than these?
15    A  No.
16    Q  Are there any other cameras on the seventh floor
17  other than the cameras whose views are shown in those
18  photos?
19    A  Yes.
20    Q  And where are those at?
21    A  Public hallway.
22    Q  Which one does this go to?
23    A  That's Domestic Violence Court.
24    MS. EKL:  That's Domestic Violence.

Page 59

1    MR. ZIMMERMAN:  So, do we have a witness for this
2  one?
3    MS. EKL:  No.
4    MR. ZIMMERMAN:  Why is that?
5    MS. EKL:  I'm not sure.
6    MR. ZIMMERMAN:  So we'll add to our agreement to
7  produce somebody on this.
8    MS. EKL:  If it falls within the definition.  I just
9  need to find out why we don't have somebody.
10    MR. ZIMMERMAN:  Okay.  We have just realized that
11  there is a stack of photos from the Domestic Violence
12  Courthouse, but there is no 30(b)(6) witness here present
13  today to testify as to these photos; is that correct?
14    MS. EKL:  Correct.
15    MR. ZIMMERMAN:  So I will be seeking to have somebody
16  testify as a 30(b)(6) witness on these photos pursuant to
17  the deposition notice and that's that.
18  BY MR. ZIMMERMAN:
19    Q  All right.  Do you need a minute?  Do you want
20  some water?
21    A  No.  I have a drink down here.
22    Q  Is there any record that's kept to note that
23  there is somebody who is disabled when they come into the
24  courthouse?

Page 60

1    A  There is a record that's issued every morning by
2  the Department of Corrections of people that are coming
3  over that fall under ADA or may need some assistance.
4    Q  Would that be maintained in the sheriff's
5  records?
6    A  I am not sure.  It's sent electronically from the
7  ADA compliance officer.
8    Q  It's sent to who?
9    A  The courthouse where those individuals are
10  scheduled to go to court.
11    Q  I see.  And then does the sheriff's office have
12  access to those records?
13    MS. EKL:  If you know?
14  BY THE WITNESS:
15    A  I don't know.
16  BY MR. ZIMMERMAN:
17    Q  So do your staff have to make arrangements to
18  accommodate a person with a disability?
19    A  If we receive a notice, it explains to us why we
20  are receiving a notice.  So for example, John Jones is
21  coming to court today to Courtroom 101, but he's in a
22  wheelchair, so he may need someone to assist him in the
23  wheelchair of the court.  That's the extent of the
24  notice.

Page 61

1    Q  All right.  And what are the records that are
2  maintained with respect to receiving those notices within
3  your department?
4    A  I don't know that.
5    Q  Is there a special holding cell that somebody in
6  a wheelchair, for example, would be placed in?
7    A  They would be kept on the bridge.  They're only
8  brought up when it's time for court.  They come up and
9  they go down, and I don't know where they stay down
10  there.  That's run by the Department of Corrections.
11    Q  So they would be kept in the bridge and then they
12  would go straight to the courtroom?
13    A  Correct.
14    Q  All right.  Let go through the Plaintiffs.
15  Elizabeth Alicea, we'll start with her.
16    A  I don't have any record of her attending court at
17  Leighton.
18    Q  So if somebody comes in and they're booked, would
19  there be a record of that?
20    A  Yes.
21    Q  What's Branch 1, Room 100 Criminal Court; is that
22  Leighton?
23    A  Yes, that's bond court.
24    Q  So if they're brought in like at least my records



Page 62

1   show she was brought in on April 8, 2018, wouldn't your
2   office have a record of that if assuming what I am saying
3   is true?
4       A   Yes.
5       Q   And so what would you search in order to locate
6   that record?
7       A   We would go into CCOMS to see if this individual
8   has been in court and/or is still housed in the
9   Department of Correction and/or with a future court date
10  to return.
11      Q   And did you search CCOMS as part of your data
12  gathering to prepare for your deposition today?
13      A   No.
14      Q   What is CCOMS stand for?
15      A   I can't tell you offhand.  C-C-O-M-S.  It's
16  management system.  It's relations to corrections, but I
17  don't know the exact meaning for the acronym.
18      Q   Okay.  So even if somebody were taken in to bond
19  court and they posted bond and they're released, that
20  would still show up in the CCOMS system, right?
21      A   Yeah.  Every person that comes in whether it's
22  someone who's already from the Department of Corrections
23  or a newer arrest is booked into the county jail, they
24  receive a county jail number so that tracks their

Page 63

1   activity.  They would be processed by the Department of
2   Corrections, brought over for court, and then they go
3   back to the Department of Corrections either to be housed
4   or to be released.
5       MR. ZIMMERMAN:  Okay.  Anymore on her?
6       MR. HAGMAN:  No.
7   BY MR. ZIMMERMAN:
8       Q   How about Katina Ramos, do you have any record on
9   her ever being there at Leighton?
10      A   No.
11      Q   Okay.  So same question, if she were brought into
12  bond court on October 21, 2017, would that show up in the
13  CCOMS system?
14      A   Yes.
15      Q   How about Jack Artinian, do you have any record
16  of him?
17      A   Yes.
18      Q   What do the Defendant's records show with respect
19  to Mr. Artinian?
20      A   It shows that he had a court date on June 1,
21  2017, in Courtroom 101.
22      Q   June 1, 2017?
23      A   Correct.
24      Q   That's Judge Haberkorn?

Page 64

1       A   No.
2       Q   Judge Martin?
3       A   That would have been Judge Martin, correct.
4       Q   And general question, are there any records
5   whether documents or electronic or otherwise that would
6   show which particular holding cell somebody was actually
7   placed in?
8       A   No.
9       Q   Do the Defendants have any records to show which
10  holding cell or holding cells Jack Artinian was placed in
11  on June the 1st, 2017?
12      A   No.
13      Q   You said Room 101 on that, right?
14      A   Correct.
15      Q   Thank you.  Anything else on Jack?
16      A   No.
17      Q   Have you ever seen a booking associated view
18  printout?
19      A   For these individuals?
20      Q   Right.
21      A   No.
22      Q   Let me show you one.  This is Bates CCSAO Number
23  45.  It was produced to me in discovery in this case.
24  Have you seen that before?

Page 65

1       A   No.
2       Q   Do you know what that shows?  Have you seen those
3   types of reports before generally?
4       A   Yes.
5       Q   Okay.  What does that show?
6       A   This indicates that doesn't tell me when this was
7   run, but it indicates that the individual was booked as a
8   booking date for Cook County jail.
9       Q   So what does that mean he was booked in Cook
10  County Jail?
11      A   That means that he came into Cook County Jail on
12  that date and was processed in.
13      Q   And then would he have been placed in a holding
14  cell?
15      A   Yes.
16      Q   And how many times does that record show that
17  that occurred to Jack Artinian from October the 8th,
18  2016, to the present?
19      MS. EKL:  I'm just going to object at this point in
20  time.  Your notice says how many times these individuals
21  were placed in holding cells in the courthouse.  Now,
22  you're asking about holding cells in the Cook County
23  Jail, which is a separate building separate and apart
24  from the courthouse.  He's not prepared to be testifying



Page 66

1    about this.  It's outside the subject of your deposition
2    notice.
3    BY MR. ZIMMERMAN:
4        Q   The document that you're looking at is when you
5    say that he would be processed in and placed in a holding
6    cell, is that a different facility than the holding cells
7    that we've been talking about in these photos?
8        A   Yes.  It indicates on here RCDC, which is the
9    receiving room of the Department of Corrections.
10       Q   Very good.  Thank you.
11           RCDC is different than Branch 1 Room 100
12   Criminal Court, right?
13       A   Yes.
14       Q   What about Michelle Urrutia, did the Defendant's
15   records turn anything up on her?
16       A   Yes.
17       Q   What did you find?
18       A   I have a listing of 16 appearances.
19       Q   Since August 8, 2016 to the present, has there
20   been any appearance for Michelle Urrutia?
21       A   No.
22       Q   Can you look, sir, at Exhibit 2 for me,
23   please.
24           This is a deposition notice relating to a

Page 67

1    schedule of documents listed as document schedules and
2    there's eight of them.  They're on the second and third
3    pages under schedule of documents.  Are you being
4    tendered as the rule 30(b)(6) witness on behalf of the
5    Defendants to testify concerning any of the topics in
6    that list of 1 through 8?
7        MS. EKL:  I would object to the form of the question.
8    The paragraphs enumerated 1 through 8 on Pages 2 and 3
9    are part of your Rule 34 request for documents.  Your
10   Rule 30(b)(6) topics are on Pages 1 and 2 and as they
11   related to documents.
12   BY MR. ZIMMERMAN:
13       Q   So are you the Rule 30(b)(6) Witness to testify
14   concerning any of the topics relating to the schedule of
15   documents in 1 through 8?
16       MS. EKL:  He is designated the same as the last
17   witness to testify about the topics in 1 through 8 the
18   extent that he can about the unit head inspections, and
19   then to the extent you've already asked him questions
20   related to the documents that he has that could possibly
21   relate to 8.  Obviously, there is no document specific to
22   8, but we agreed to let you explore that and you have.
23   BY MR. ZIMMERMAN:
24       Q   All right.  So this will be the third time I ask.

Page 68

1    So let me narrow it down now based on your attorney's
2    statement.
3            Is it true that you have been tendered here
4    today to testify as to the topics in this notice of
5    deposition in Exhibit No. 2 and then as it pertains to
6    the schedule of documents Number 6 and Number 8?
7        A   What page, 2?
8        Q   Well, the schedule of documents will begin on
9    Page 2, but 6 and 8 are on page 3.
10       A   Six, yes, and eight I'm uncertain I would have
11   all documents of communication on that.
12       Q   All right.  Well, let's start with 6.
13           What did you do with respect to document
14   schedule in Paragraph 6 to search for and obtain all of
15   the documents of communications relative to the
16   Defendant's unit heads inspections of the holding cell
17   cameras as set forth in there?
18       MS. EKL:  I would just object to the question.  If
19   you can answer it, I will allow him to answer it, but
20   this question is outside the scope of your topics.  In
21   terms of what search this individual did, assumes that he
22   did the search or was the only person to do the search.
23   Your topics don't ask for that.
24       MR. ZIMMERMAN:  Yes.  Topic 6, the method of search

Page 69

1    for the documents.
2    BY MR. ZIMMERMAN:
3        Q   Sir, did you do any search for any documents
4    relative to the schedule of documents in Number 6?
5        A   I did in relations to inspection sheets.
6        Q   Okay.  And what did you search for?
7        A   The monthly inspection forms for the facility.
8        Q   How did you do that?
9        A   Went to the file.
10       Q   Are they kept in a paper file?
11       A   Hard copy.
12       Q   Well, then that wasn't too difficult.  They were
13   all there in a drawer or something?
14       A   From the time that I was there, yes.  From the
15   middle of March 17th until this date.
16       Q   Okay.  What about prior to the middle of March of
17   2017, what did you do to search for the monthly
18   inspection sheets for that time period?
19       A   I checked our records and was unable to find any
20   files that contain those reports.
21       Q   And so who did you go to and say hey, I can't
22   find these, where are they at?
23       A   The individual who would have been responsible
24   for completing those would have you retired when I came



Page 70

1  in, and there's no one else in the office that was aware
2  of that because those were his reports, and I don't know
3  if they were filed electronically or hard copy.
4      Q  So the monthly inspection sheet, are they
5  submitted to someplace?
6      A  Yes.
7      Q  What place is that?
8      A  Chief of Court's Office.
9      Q  So did you go to the Chief of Court's Office and
10  ask them if they had those sheets prior to March of 2017?
11     A  I went to the office when I turned in my copies
12  and informed them that I could not find any other reports
13  prior to middle of March 2017.
14     Q  Okay.  And then did they give you their copy of
15  them?
16     A  No.
17     Q  Did you ask them for them?
18     A  No.
19     Q  Why not?
20     A  I was asked to turn in everything that I had and
21  that's what I gave them.
22     Q  Gave who, your lawyers?
23     A  The Chief of Court's office.
24     Q  No.  But for the purposes of this deposition

Page 71

1  subpoena though, I am asking what was the method of
2  search for the documents, you know, what search was done
3  for the monthly inspection sheets?
4      MS. EKL:  And you've asked that, and he's answered
5  that.  But as far as what went to the lawyers and how it
6  was transmitted to the lawyers, now you're getting into
7  work product and attorney/client privilege --
8  BY MR. ZIMMERMAN:
9      Q  So it went over to the Chief of Court's and then
10  over to you.
11         I see.  Well, the monthly inspection reports, do
12  they ordinarily go to the Chief of the Court's in the
13  ordinary course of business?
14     A  Yes.
15     Q  So you gave them another copy for the purpose of
16  this deposition, this lawsuit?
17     A  This was a copy that was requested to turn in.
18     Q  I see.  So did you ask anybody about what the
19  search parameters were to try to find the monthly
20  inspection sheets that were done prior to March of 2017
21  by somebody else?
22     A  No.
23     Q  As you sit here today, do you know what, if
24  anything, was done to search for the monthly inspection

Page 72

1  sheets that existed prior to March of 2017?
2      A  Any reports that we would have had from prior
3  years, what-have-you, may have been filed with the rest
4  of our weekly or monthly reports, but those are kept
5  separately at the county warehouse.
6      Q  Okay.
7      A  I do not know if they were shipped or not.  And
8  like I said, I am not sure if my predecessor filed those
9  as hard copies or electronic.
10     Q  Okay.  The inspection reports themselves, if
11  there is an open work order, is it your course of
12  practice to attach it to the inspection report?
13     A  No.
14     Q  Are there any documents maintained by the
15  defendants that would show which holding cell a
16  particular pretrial detainee was placed in on any given
17  day?
18     A  No.
19     MS. EKL:  Counsel, I would just note that it's 4:00
20  and we haven't finished our second superintendent.  We
21  have four of them sitting here.  We're now getting
22  into overtime.  I just want to make sure that you're
23  intending on proceeding with every one this evening.
24  Otherwise, they're just sitting here costing the county

Page 73

1  money.
2      MR. ZIMMERMAN:  Well, we have had this discussion off
3  the record.  So if you want to put it on the record,
4  we'll do that now.
5         I am happy to proceed tonight until people pass
6  out, we'll finish it up tonight, if we can.  I also
7  offered that we can go as long as people will tolerate,
8  and then whoever we don't finish, we would agree that we
9  would take their depositions at some point after this
10  Friday, whether it's next week or the following week, but
11  agreement.  You said, no to that.
12     MS. EKL:  We haven't talked about continuing the
13  superintendents' deposition.  That discussion was three
14  or four hours ago, and I said they are here.  They were
15  all already in the area, and that the preference was
16  because they've been prepped and they were here for them
17  to proceed forward.  This deposition now is moving into
18  longer than the last deposition.  I am just trying to
19  gauge how much time -- if you think you're actually going
20  to get to them.
21     MR. ZIMMERMAN:  Well, once again, we had this
22  discussion off the record, we'll have it again on the
23  record.  I told you previously there was no way we were
24  going to finish all of these people tonight.  You said



Page 74

1  they're already in their car on the way, so they're
2  coming here and we're just going to go and take them. I
3  told you there's no way we're going to finish them.
4  There's not enough hours in the day. I agreed to call
5  them up, tell them to turn around, notice come here and
6  we'll take them after the close of discovery deadline.
7  You said no.
8      MS. EKL: You did not say there was no way. If you
9  had said there's no way, I would not have had them sit
10 here for no reason. So if you're saying there's no way,
11 then I will talk to them, let me know who you want, who
12 you want to finish up tonight. I am just saying we're
13 now getting into overtime, and I don't want to have them
14 sit here if we're not going to get to them since it's
15 already 4:00 --.
16     MR. ZIMMERMAN: I don't know what overtime means. I
17 worked the last two nights taking depositions with you of
18 my Plaintiffs, and I got home at 10:00 at night, so I
19 don't know what overtime means. I am happy to
20 accommodate these gentlemen in any way that I can, which
21 is why I told you that we should tell them to turn their
22 car around and go back because it was likely not going to
23 get finished tonight. You said, no. This gentleman was
24 sitting here. This gentleman was sitting here. They all

Page 75

1  heard me, so I'm not making this up. So if you want to
2  continue these deps for another time by agreement, I am
3  happy to do it. If you want to try to get them as long
4  as we can tonight, I'll go to 3:00 in the morning taking
5  deps, it doesn't matter to me.
6      MS. EKL: Let's take a break.
7              (Short recess.)
8      MS. EKL: It is 4:15. All of the 30(b)(6) witnesses
9  related to deposition Exhibit No. 1 have appeared and
10 have been here. However, the depositions, not by fault
11 of Counsel, but are taking longer than we expected.
12 We're not going to be able to finish all of the
13 depositions today is my understanding based on the
14 numbers of questions you have, is that accurate?
15     MR. ZIMMERMAN: That is my considerate opinion.
16     MS. EKL: Rather than have these important gentlemen
17 sitting around any longer, we agreed to continue three of
18 their depositions until March 29th starting at 9:30 in
19 the morning, and they well finish those last three
20 on that day. And they are all available on that day.
21     MR. ZIMMERMAN: And then, of course we still have the
22 Steve Bufard (phonetic) and Scott Achteroff (phonetic)
23 and possibly a capital planning person as well and we are
24 going to schedule at some point as well.

Page 76

1      MS. EKL: Can they take off?
2      MR. MILAZZO: I'm staying.
3      MS. EKL: All right. Gentlemen, thank you.
4  BY MR. ZIMMERMAN:
5      Q   All right. Nick reminded me of another question.
6  So let's back up to Jack Artinian. June 1, 2017, he was
7  brought in and then he was brought up to Courtroom 101, I
8  believe was your testimony?
9      A   The date?
10     Q   June 1, 2017.
11     A   Yes.
12     Q   All right. So if you look at the Courtroom 101
13 photos, there's four of them.
14     A   Yes.
15     Q   Which of those holding cells would he likely have
16 been placed in?
17     A   Most likely he would have been in holding 1029,
18 which is CAM 1.020, most likely.
19     Q   All right. Let's go back now to the deposition
20 subpoena, not the subpoena, the dep notice, and I want to
21 just run through some of these inspection checklists that
22 we picked as pertaining to Leighton, which is Exhibit
23 No. 4. They're grouped by courthouse, so if you can flip
24 through until you get to Leighton, then we're there. I

Page 77

1  think it's number 1135 at the bottom, right corner is
2  where it starts.
3      A   Okay.
4      Q   And then at least in my stack it goes to 1155, I
5  don't know if they're all sequential though, and then 827
6  and 873. Okay. So why don't we start with Bates number
7  1135.
8          You conducted the inspection, right?
9      A   Correct.
10     Q   And then it says down in the bottom box copies of
11 documentation attached, no. And then work orders
12 submitted for number 153871 bullpen room 704; do you see
13 that?
14     A   Yes.
15     Q   All right. Where is that work order?
16     A   That was done electronically or verbally. Some
17 of our work orders are done verbally because our worksite
18 is the main office for facilities management. So a lot
19 of times we're able to catch the workers when they're
20 going out into the jail and would have everyone say this
21 needs to be done, can you do this, whatever it is.
22     Q   Okay. Is there a way that we would know that by
23 looking at the document?
24     A   If there is a work order number that's on here,



Page 78

1   that means that it would have been submitted
2   electronically or by voicemail. If you call facilities
3   management, the work order line, whatever it is, they'll
4   contact somebody, whatever it is, and you tell them what
5   you want, whatever it is, and then they'll record it.
6       Q   Okay. And then they would generate a work order?
7       A   Yes.
8       Q   All right. So that's the next witness or set of
9   witnesses. You aren't the work order person?
10      A   No.
11      Q   All right. And then it says bullpen room 704, is
12  that holding cell behind Courtroom 704?
13      A   Correct.
14      Q   All right. So the work order would tell us what
15  the issue was with that then, right?
16      A   Yeah, I know what the issue was.
17      Q   What was it?
18      A   Graffiti. That's the biggest number one thing on
19  our monthly reports is graffiti removal.
20      Q   Okay. And why wasn't the entire building
21  inspected?
22      A   Well, as it stipulates underneath there, whatever
23  is in the explanation, it was limited in the courtrooms
24  and adjoining spaces as well as the public walkways or

Page 79

1   entries. I don't go through any of the private areas,
2   the judge's chambers, the work areas, I would not go into
3   that area.
4       Q   What about the video system number 13?
5       A   All of the monitors are checked on a routine
6   basis. The reason why this is not checked is because of
7   the fact that I had brought this up with my supervisor,
8   Chief Avant, whatever it is, I was uncomfortable in
9   checking that off because the statement says the system
10  is recording and operational. I have no idea whether
11  it's recording or not. I have no knowledge about that.
12  So as a result, I couldn't mark that off.
13      Q   Okay. You know there's the policy that says that
14  all of the holding cell should be recorded and those
15  recordings are kept for 30 days, are you aware of that?
16      A   Yes.
17      Q   So you just didn't check the recording system?
18      A   Correct. I don't have access to that. It's not
19  on-site.
20      Q   Where is it kept?
21      A   I don't know. You're going to have to ask Mr.
22  Bufard about that, that's his job.
23      Q   Okay. Thank you.
24      A   Let me rephrase that. I am not aware of anyplace

Page 80

1   on my location where it's kept. There may be a recording
2   room or someplace, but I do not have access to that.
3       Q   All right. Well, that would explain why it's
4   never checked?
5       A   Correct.
6       Q   Can we turn to the next page sir, please, number
7   1136?
8       A   Yes.
9       Q   All right. So we've got work orders, it looks
10  like three of them for various bullpens, but those are a
11  not attached, so those I would have to check with the
12  work order guy --
13      A   Right. They would have been electronic. And
14  once again, those were also for graffiti removal.
15      Q   You remember that?
16      A   Yes. It wasn't until I started getting further
17  in there when I got into 1140 when I started putting the
18  word graffiti on there so that would eliminate from any
19  confusion from anyone else picking it up.
20      Q   How so?
21      A   Well, such as yourself, if you picked it up and
22  you read that and you saw bullpens, I knew what it meant,
23  but I didn't write it down. So then as we began going
24  through it, I started marking it because I thought it

Page 81

1   would be an occasional occurrence, but it's a monthly
2   occurrence.
3       Q   Right.
4           So the next page is 1137, another work order.
5   Do you think that one was graffiti as well?
6       A   Yes.
7       Q   The next one is 1138, another work order. You
8   think that was graffiti as well?
9       A   Yes.
10      Q   And the next one is 1139, there's a work order
11  for bullpens and then one for monitors?
12      A   Yes.
13      Q   The bullpens would be graffiti?
14      A   Yes.
15      Q   How about the monitors?
16      A   Monitors if we put a work order in for the
17  monitors, that means that they were not on. They lost
18  power for whatever reason.
19      Q   All right. And this would be say behind 100 and
20  102, is that the courtrooms?
21      A   Correct. Courtroom, 100 and Courtroom 102.
22      Q   So is there a monitoring room in the Leighton
23  Courthouse where all of the holding cells, you know, the
24  camera feeds will go to and can be monitored?



Page 82

1      A   There isn't a monitoring room, no.  I have a
2  monitor in my office in the sheriff's office, but it's
3  not set to any of the bullpens, holding cells.
4      Q   So in terms of these monitors behind 100 and --
5  rooms 100 and 102, how would you have known they were not
6  on?
7      MS. EKL:  Objection to the form of the question.  I
8  think you misspoke.
9  BY MR. ZIMMERMAN:
10     Q   The monitors behind Courtrooms 100 and 102, this
11  would be the holding cells behind Courtrooms 100 and 102.
12  The monitors says were not on, so you submitted a work
13  order, how did you know they were not on?
14     A   I inspected them.
15     Q   Where were they physically located?
16     A   They're behind the holding cell area.  There is a
17  small office between the holding cell and the courtroom.
18  So when you come in out of the courtroom, there's a small
19  office area, which is the sheriff's office of that area,
20  there's a desk or a computer there, whatever it is, and
21  then adjoining it would be the lockup area.
22     Q   Right.  So this small sheriff's office, there's
23  at least one on every floor; is that right?
24     A   For every courtroom.

Page 83

1      Q   There's one for every courtroom?
2      A   Yeah.  There's one in every courtroom.
3      Q   And that particular sheriff's office would have a
4  monitor for the holding cells for that courtroom?
5      A   Correct.
6      Q   And that's where the sheriff for a particular
7  courtroom or courtrooms -- strike that.  If there's an
8  isolation cell, let's say the isolation cell behind
9  Courtroom 202, for example, would that camera feed show
10  up on the monitor for the sheriff for Courtroom 202?
11     A   Whatever the closest room would be, yeah.  It
12  would be 202, I'm sure.
13     Q   So that sheriff would be monitoring the actual
14  holding cell for Courtroom 2020 and also possibly the
15  isolation cell next to 202?
16     A   Yes.
17     Q   What about the isolation cell -- I'm just picking
18  these out at random so there is no particular rhyme or
19  reason.  What approximate the isolation cell between
20  Courtrooms 207 and 208.  Now that one is in between two
21  courtrooms, so is there any rhyme or reason as to whether
22  the sheriff for Courtroom 207 would monitor that feed
23  versus the sheriff for 208?
24     A   No, there wouldn't be.

Page 84

1      Q   One of them would, though?
2      A   Correct.
3      Q   But not both?
4      A   No.  It's generally placed on the monitor of the
5  closest one.
6      Q   Got it.  What about the bridge area.  So we've
7  have got the upper bridge male, the upper bridge female,
8  and the lower bridge, are there rooms that would monitor
9  those camera feeds?
10     A   I don't know.  That's controlled by the
11  Department of Corrections.
12     Q   Okay.
13     A   I don't know what their capabilities -- I know
14  that they can review the monitors there, I mean the
15  video.  How they do it, I am not certain.
16     Q   But in terms of like the realtime feed, is there
17  a Department of Corrections room where they would have
18  that on their monitors in realtime?
19     A   I don't know.
20     Q   So would the sheriff's office have access to the
21  monitoring of the camera feed in realtime for the bridge
22  area or is that just Department of Corrections would have
23  access to that monitoring feed?
24     A   I am not exactly certain.  I don't believe that

Page 85

1  it would be exclusive to Department of Corrections, but
2  I'm not certain as to who has access to it.
3      Q   All right.  Back to inspection checklist, number
4  1140.  So now we have a work order for graffiti?
5      A   Now I specified on the reports that that's what
6  it is so there was no confusion.
7      Q   So 1141 we've got graffiti, a security lock, and
8  then lockup monitors for --
9      A   That's Courtroom 604.
10     Q   So this would be the holding cell behind
11  Courtroom 604?
12     A   Correct.
13     Q   So when you do the inspection, you actually go
14  and look at every single monitor to make sure that the
15  camera feed is working?
16     A   Every courtroom is inspected.
17     Q   Okay.  Number 1142, we've got graffiti again.  No
18  work order number, so you caught the guy as he was
19  walking by?
20     A   That's the painter.
21     Q   Number 1143, we've got graffiti again, 1144
22  graffiti, 1145 graffiti, 1146 graffiti, 1147 we've got
23  graffiti, duress alarms graffiti overhead light.  But
24  then we also have monitor, so this would be the monitors



Page 86

1  monitoring the camera feed in the holding cells behind
2  Courtrooms 202, 304 and 308 were not operational?
3      A  Correct.
4      Q  But 1148 it just says work order submitted for,
5  it says monitors.  Do we know what that is?
6      A  Because it is not specified on that courtroom or
7  whatever, I believe that that was the monitor in the
8  office.
9      Q  And in which office would that be, sir?
10     A  The sheriff's office, my office.
11     Q  All right.  And then 1149 is the same thing.
12  Would that also still be yours?
13     A  Yes.
14     Q  Did it break again?
15     A  There was some electronic issues.
16     Q  All right.  Then let's go to 1151, there's that
17  monitor again.  I think it was your office?
18     A  Yes.
19     Q  1152, so this would be the monitors in that
20  monitor the holding cells behind Courtrooms 306, 506, and
21  606 were not functioning properly?
22     A  Correct.
23     Q  1153, the monitors for the holding cells behind
24  Courtroom 700 and 404 needed repair of some sort?

Page 87

1      A  Yes.
2      Q  1154, the monitors monitoring the holding cells
3  behind Courtroom 604 and 704 needed work?
4      A  Yes.
5      Q  So this next one is Page 872 and 873, I don't
6  know if this is you or the work order guy.  Under the
7  comments it says, the camera 2.043 view has changed; do
8  you see that?
9      A  Yes.
10     Q  And it needed an adjustment.  Would you have
11  knowledge of that?
12     A  The fact that it says it changed, I think that it
13  possibly means the feed that was on that camera.  The
14  camera -- the monitor rather, the monitor has nine views
15  on it of the lockup, just like we had with the
16  photographs here where you showed two for the lockup
17  what-have-you, and then you have one for coming into the
18  courtroom, one in the side, and also the hallways leading
19  to the lockup.
20     Q  Okay.
21     A  I believing that since it says the view has
22  changed I am thinking that one of those boxes, whatever,
23  that was normally set on the walkway, or whatever it is,
24  for some reason changed.

Page 88

1      Q  The angle it says, I think, right?
2      A  It needs to be adjusted for correct view because
3  there's multiple views on one monitor.
4      Q  Well, here it says camera 2.043 Holding Cell 2090
5  behind Courtroom 203.  What's the date on this, oh, June
6  of '17.
7          So would the work order have more specificity as
8  to what the issue was with the view and how it was
9  changed?
10     A  No.
11     Q  Well, in any event, the date on this is June 1st
12  of 2017 and then it was adjusted for correct view
13  September 20, 2017; is that right?
14     A  Yeah.  This is what the work order stipulated and
15  was closed.  The updates, I'm not really sure what that
16  means.
17     MS. EKL:  I'd ask you not to speculate.  Again, I
18  mentioned this before, and I've give you some leeway with
19  this witness so that we don't have a reason to bring
20  someone back for another deposition, but now you're
21  asking him to speculate about things that are not in his
22  person knowledge --
23  BY MR. ZIMMERMAN:
24     Q  All right  So if you don't know, you don't know

Page 89

1  --
2      MS. EKL:  -- and definitely outside the topics of
3  your deposition notice.
4  BY MR. ZIMMERMAN:
5      Q  But the photo we've got at least is date stamped
6  October 18, 2018; is that right?
7      A  Yes.
8      Q  So that would mean that's the date that this
9  photo was captured?
10     A  Yes.
11     Q  That date and time?
12     A  I would believe that to be correct.
13     Q  Okay.  So that's after the adjustment was made.
14         Okay.  Let's get back to -- Well, I think that's
15  it.
16         So approximately how many people come to the
17  Leighton Courthouse each day that are in custody from DOC
18  would you estimate?
19     A  Obviously, it varies day-to-day.  But we average
20  somewhere in the area of 300 males, and then I don't know
21  how many females.  Usually, the female count is not very
22  high, somewhere maybe in the low 20s up to 30.
23     Q  And then what would you estimate the number of
24  people come to the Leighton Courthouse from an outside



Page 90

1 agency for a bond hearing each day?
2 MS. EKL: Just to clarify because people come to pond
3 hearings -- strike that. Go ahead.
4 THE WITNESS: You're talking about in custody,
5 correct?
6 BY MR. ZIMMERMAN:
7 Q Yes.
8 A The numbers are going to be higher on the weekend
9 on Saturday, Sunday, and holidays because that's the only
10 bond court in the county.
11 Q Okay.
12 A During the week, we average somewhere close to 70
13 males and maybe about 10 females.
14 Q And what about the weekend?
15 A That number is well over 200 and some days it's
16 over 250.
17 Q Total?
18 A Yes.
19 Q What would you estimate the number of people who
20 come to the Leighton Courthouse who are transported from
21 the Illinois Department of Corrections everyday?
22 A That number will fluctuate, but a minimum, on an
23 average day, a minimum of 40 to 50.
24 Q Total?

Page 91

1 A Yes.
2 Q What about out of county folks in the custody of
3 some transporting agency, about how many of those come to
4 Leighton Courthouse a day?
5 A Those are really a hit and miss. We may just get
6 a handful a week.
7 Q Is that all?
8 A Yeah. It's strictly dependent upon whether they
9 have an existing court case here that hasn't been
10 resolved after a conviction somewhere else, or if they
11 are coming in to be written in on a trial or a case here
12 as a possibility.
13 Q I see.
14 A If they have a trial coming up or what-have-you,
15 in the county once again, they've got on open case here,
16 they'll bring them here for their court appearances, but
17 the judge at some point when he's going to have trial may
18 writ him into to our custody for the duration of the
19 trial so they can prevent the movement. It's just a
20 handful a week. It's not too many.
21 MR. ZIMMERMAN: Okay. Anything else?
22 MR. HAGMAN: No.
23 MR. ZIMMERMAN: That's all I have. Thank you, sir.
24 THE WITNESS: Are you sure?

Page 92

1 MS. EKL: I have a few follow-ups, just a few.
2 EXAMINATION
3 BY MS. EKL:
4 Q The video monitoring screens that you testified
5 about, are they all approximately the same size or do
6 they vary based on location?
7 A The monitors behind the courtrooms, they're
8 basically the same size.
9 Q And approximately how large are those monitors?
10 A They're about 12 by 20.
11 Q And do each of those monitors capture one
12 location or multiple locations?
13 A Just the work area that's where it's assigned.
14 Q What I am getting at, is there an image of one
15 location or are there multiple images on one screen?
16 A Each monitor is split. It contains nine images.
17 Q And approximately how large are each of
18 those nine images that you would be able to view if you
19 were looking at the screen?
20 A They're about -- they're a little bit smaller
21 than a photograph, like a 4 by 6 photograph. So let's
22 say three-and-a-half by 6.
23 Q The areas where these screens are located, are
24 they continuously watched by court personnel by either

Page 93

1 the officers or anyone else?
2 MR. ZIMMERMAN: Object to Foundation. Go ahead.
3 BY THE WITNESS:
4 A No.
5 BY MS. EKL:
6 Q I'm assuming in the course of your job, you've
7 had occasion during the days to walk by these different
8 locations; is that correct?
9 A Yes.
10 Q And to observe the employees that you're in
11 charge of doing their jobs?
12 A Yes.
13 Q And during the course of the times that you've
14 walked by these locations during the day, have you
15 noticed that there are not people continuously watching
16 the monitors?
17 A Yes.
18 Q Is there anyone whose job duties as you know them
19 is to sit there and continuously watch these video
20 monitors?
21 A No.
22 Q What is the purpose of having the monitors in the
23 various locations in the Leighton Courthouse?
24 A They're there to be able to check the detainees



Page 94

```
1    in the back to see if there's somebody in the back and/or
2    in the event that we did not have someone in the back, we
3    would do visual or physical checks on the prisoners to
4    make sure that they're safe.  Now that we have Department
5    of Corrections personnel that are assigned back there, we
6    don't have to do that.
7        Q   There's been a number of questions related to
8    what's been referred to as the bridge.  Is the bridge
9    considered part of the courthouse facility?
10       A   It's physically part of it, physically is in the
11   basement part.  It literally is a bridge.  It connects
12   between the court building and the Department of
13   Corrections next door.
14       Q   But for purposes of job duties and
15   responsibilities, for instance, you're in charge of the
16   court facility at Leighton Courthouse, correct?
17       A   Yes.
18       Q   And are the employees who work the bridge area,
19   the officers that work the bridge area, do they fall
20   underneath you in terms of are you responsible for
21   supervising them?
22       A   No.
23       Q   Is it accurate to say that they're part of the
24   Department of Corrections?
```

Page 95

```
1        A   Yes.
2        Q   Does the Leighton Courthouse have both the old
3    camera system as well as the new camera system?
4        A   It has the new camera system throughout with the
5    exception of the old monitor in the branch court in 102
6    and 100.
7        Q   Counsel asked you a number of questions about the
8    different cells, and this was in Deposition Exhibit No.
9    5.  In relation to each of those cells, he asked you
10   whether or not, for instance, an individual going to a
11   particular courtroom was likely to have been placed in a
12   certain cell.  Do you remember him generally asking you
13   those questions?
14       A   Yes.
15       Q   Is it true to say that individuals are not
16   absolutely always placed in one particular cell in
17   relation to one particular courtroom?
18       A   Yes.
19       Q   And is that why you said -- well, what did you
20   mean by likely placed into a certain cell?
21       A   Because if it was -- it's a prisoner for
22   Courtroom 308, the likely place would be to place him
23   behind 308.  But once again, the population on that floor
24   fluctuates day-to-day and the Department of Corrections
```

Page 96

```
1    officer who is in charge of those holding areas may need
2    to move them to a different cell to utilize that cell for
3    something else.
4        Q   In addition to population fluctuation, is there
5    any other reason why a person would not be put in the
6    cell that would be more likely used?
7        A   If it was a male/female holding.  If we had to
8    house a female in a certain cell, then they would be
9    excluded from the other ones.
10       Q   And if for instance someone from the Department
11   of Corrections needed to be held for the same courtroom
12   as persons that were coming over from the Illinois
13   Department of Corrections, would they be placed in
14   separate cells or the same cells?
15       A   They would not be housed together.
16       Q   So that would be an instance where one of those
17   individuals would have to go into a different cell,
18   correct?
19       A   Correct.
20       MS. EKL:  That's all I have.
21       MR. ZIMMERMAN:  We're done.
22       THE WITNESS:  Are you sure.  Thank you for your time.
23       MR. ZIMMERMAN:  Thank you.
24               (Ending time: 4:50 p.m.)
```

Page 97

```
1            REPORTER'S CERTIFICATE
2        The within and foregoing statement of the
3    witness, EDWARD SAJDAK, taken before DEANNA L. TUFANO
4    CSR, and Notary Public, at 77 West Washington, Suite
5    1220, in the City of Chicago, Cook County, Illinois, at
6    2:12 o'clock p.m. on the 13th of March, A.D., 2019.
7        The said witness was first duly sworn and was
8    then examined upon oral interrogatories; and the
9    questions and answers were taken down in shorthand by the
10   undersigned, acting as stenographer and Notary Public;
11   and the within and foregoing is a true, correct, and
12   accurate record of all of the questions asked of and
13   answers made by the said witness, EDWARD SAJDAK, the time
14   and place hereinabove referred to.
15       The undersigned is not interested in the within
16   case, nor of kin or counsel to any of the parties.
17       Witness my official signature and seal as Notary
18   Public in and for Cook County, Illinois on this
19   31st Day of March, A.D., 2019.
20
21   DEANNA L. TUFANO, CSR,
     CSR No. 084-003819
22   MAGNA LEGAL SERVICES
     SEVEN PENN CENTER
23   1635 MARKET STREET, 8TH FLOOR
     PHILADELPHIA, PA 19103
     (866) 624-6221
24
```