**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Elizabeth Alicea, et al.
                         Plaintiff,

v.                                                Case No.: 1:18−cv−05381
                                                  Honorable John F. Kness

County Of Cook, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 30, 2022:

      MINUTE entry before the Honorable John F. Kness: For the reasons provided in the accompanying Memorandum Opinion and Order, Defendant's motion for summary judgment (Dkt. 167) is granted. Enter judgment order. Civil case terminated. Mailed notice. (lw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.